UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JODITH ALLEN,

          Plaintiff,

v.

CAROLYN W COLVIN, Acting Commissioner of Social Security,

          Defendant.

CASE NO. 2:15-CV-01191-TSZ-DWC

ORDER REVERSING DEFENDANT'S DECISION TO DENY BENEFITS AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS

The Court, having reviewed the Report and Recommendation of the Honorable David W. Christel, United States Magistrate Judge, docket no. 14, to which no objection was timely filed, does hereby find and ORDER:

(1)    the Court ADOPTS the Report and Recommendation;

(2)    the ALJ erred in her decision as described in the Report and Recommendation and such error was not harmless; and

(3)    the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings, pursuant to sentence four (4) of 42 U.S.C. § 405(g).

DATED this 5th day of February, 2016.

                                                   /s/ Thomas S. Zilly
                                                   Thomas S. Zilly
                                                   United States District Judge